UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| KRISTIE SPIES, | \* | 4:23-cv-4096 |
| Plaintiff, | \* | |
| -vs- | \* | |
| | \* | **NOTICE OF APPEARANCE** |
| STATE AUTOMOBILE INSURANCE COMPANIES, STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | \* | |
| Defendants. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW Jack H. Hieb, of Richardson, Wyly, Wise, Sauck & Hieb, LLP, and hereby notices his appearance on behalf of the defendants, State Automobile Insurance Companies, State Automobile Mutual Insurance Company, State Auto Property and Casualty Insurance Company, in the above-captioned matter.

Dated this 30th day of June, 2023.

RICHARDSON, WYLY, WISE, SAUCK
  & HIEB, LLP

By   /s/ Jack H. Hieb
   Attorneys for Defendants

One Court Street
Post Office Box 1030
Aberdeen, SD 57402-1030
Telephone No. 605-225-6310
Email: jhieb@rwwsh.com

00658126.WPD / 1